UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 15-35 (2) (RHK/HB)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ALAGIE BARROW, ) | |
| ) | |
| Defendant. ) | |

Before the Court is Defendant Alagie Barrow's Motion to Modify Release Conditions (Doc. No. 55). As relevant here, Mr. Barrow has requested that he be permitted to reside with his wife and family in Nashville, Tennessee and that he be permitted access to the internet. This Court conducted a hearing on defendant's motion on May 6, 2015. Following arguments of counsel, the Court requires additional information concerning the extent to which conditions of release are available in the Middle District of Tennessee that will serve to mitigate any risk occasioned by modifying the current release conditions.

Accordingly, it is hereby ORDERED as follows:

1. The parties shall together confer with Probation and Pretrial Services to determine whether conditions of release can be established that will mitigate the risk were this Court to allow Mr. Barrow to return to his home in Nashville, Tennessee and to have limited internet access;

2. The Probation and Pretrial Services Officer shall consult with her counterpart in the Middle District of Tennessee to determine whether that District has the technological

capability to monitor defendant's internet use were he permitted to have internet access in his home;

3. The parties and Probation and Pretrial Services Officer shall advise the Court concerning the conditions of release available in the Middle District of Tennessee and provide their recommendations concerning conditions of release that will permit Mr. Barrow to live with his family in Nashville, Tennessee with controlled internet access, while reasonably mitigating the risk of flight or danger to the community under the Bail Reform Act, 18 U.S.C. 3142.

Dated: May 8, 2015                                          *s/Steven E Rau*
                                                            Steven E. Rau
                                                            U.S. Magistrate Judge