UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 15-35(2) (RHK/HB)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>(2) ALAGIE BARROW, )<br>)<br>Defendant. ) | **ORDER** |

This matter is before the Court on the motion of defendant Alagie Barrow to modify his conditions of supervised release in the light of the change in the government of the Gambia since his sentencing, and in keeping with the changes ordered with respect to his codefendant Cherno Njie and coconspirator, Papa Faal, 15-28 (RHK), Doc. No. 95.

Based on all of the records, files, and proceedings herein, and without objection from the government, **IT IS ORDERED**:

1. The Special Conditions (e) (computer access and supervision), (g) (financial supervision), (h) (material reflecting extremist views), and (j) (polygraph testing) are **STRICKEN**;

2. The supervised release term is commuted, such that it will expire in six months from the date of this Order, provided that there are no supervision violations in the interim.

Dated:  June 19, 2017

s/ Richard H. Kyle
RICHARD H. KYLE
United States District Judge